In The United States District Court
For The
District Of Maryland

U.S. Of America
   Plaintiff,

-vs-       Cr.# 09-478

Savino Brafton
   Defendant,

FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 26 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### Brafton's Motion To Reconsider Court's Order Denying Motion For Appointment Of New Counsel And Copies Of Related Documents

Comes Now, Savino Brafton, Pro Se, Defendant and respectfully move this Honorable Court to reconsider its recent order denying his motion for appointment of new counsel, and copies of case related documents. As a result, states for the following reasons:

-2-

1.) On October 22, 2012 the Defendant received the Court's October 18, 2012 order denying the motions in question; via, Attorney Arcangelo Tuminelli.

2.) The Court did now, however issued its order directly to Defendant.

3.) The Defendant admits that the Court abused its discretion by denying his motions.

4.) Neither the Court nor Mr. Tuminelli stated a reason or basis for its denial decisions.

5.) However, the Defendant hereby reiterates that he desires for Mr. Tuminelli to be release from further representation in this case.

6.) Reason being, Mr. Tuminelli has yet to make any effort whatsoever to: (1) research, investigate, and/or prepare pre-trial issues for possible

suppression or dismissal of the indictment; (2) Consult with or review over any case related papers, documents, etc. along with the Defendant to determine the validity and veracity of any pre-trial or trial stradegy; (3) is over-case-loaded and do not have ample time to invest in this case; and (4) most important, he breached his fiduciary duty "Confidentiality" attorney/Client relationship by consistently discussing the details of Defendant's case with people on the street, and one inmate here at FDC detention facility - this is clearly a conflict of interest.

7.) Moreover, the Defendant is currently in need of his case related papers and documents. The Defendant is in pre-trial detention with absolutely no case related documents and have no knowledge of what the case is about - this is Cruel and unusual punishment.

-4-

8.) Finally, if the Court decides not to release Mr. Seminelli from the case and appoint new counsel, then the Defendant respectfully asks the Court to allow him to represent himself under Faretta, 45 L. Ed. 2d 562 (1975), and thereafter release all necessary papers to him so that he can commence preparation for his case.

9.) For all the reasons stated above, the Defendant pray that the Court reconsider the motion.

Respectfully Submitted

Savino Braxton, Pro Se

Certificate of Service

I hereby certify that on this 22nd day of October, 2012 true copies of the foregoing was mailed to the U.S. District Court at Baltimore, Maryland 21201

Respectfully Submitted

*[signature]*
Savino Braxton