IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case: JKB-09-478 (Related Civil Action: JKB-17-3571) |
| SAVINO BRAXTON | * | |
| Defendant | * | |

***

### MEMORANDUM AND ORDER

Now pending before the Court are the Defendant's Motions for Leave to File a Motion to Vacate (ECF No. 223), Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 224), and a Motion to Place 2255 Proceedings in Abeyance (ECF No. 263).

The Motion for Leave to File (ECF No. 223) is GRANTED. The Motion to Vacate (ECF No. 224) and the Motion to Place 2255 Proceedings in Abeyance (ECF No. 263) are both DENIED.

The Court has carefully reviewed Mr. Braxton's most recent submissions. In these new papers he either plows old ground that has been previously, persuasively, and appropriately dealt with by this Court and/or the Court of Appeals, or he raises issues that are groundless, not germane, or with respect to which this Court lacks jurisdiction.

In addition to reviewing the Defendant's submissions, the Court has also carefully reviewed the Government's response (ECF No. 258).

For the reasons stated above, and for the reasons set out in the Government's response (ECF No. 258), the Defendant's Motion to Vacate (ECF No. 224) is DENIED and his Motion to Place his 2255 Proceedings in Abeyance (ECF No. 263) is DENIED as moot.

Dated this 4 day of January, 2019.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
Chief Judge